NO. 07-01-0280-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 1, 2001

______________________________

J.Y. JR. (J.T.) McADAMS AND ANNIE McADAMS,

Appellant

v.

IMA McADAMS, INDIVIDUALLY AND AS EXECUTRIX OF THE 

ESTATE OF J.Y. McADAMS, DECEASED AND 

BARBARA MCADAMS BILLUPS, 

Appellees

_________________________________

FROM THE 69
TH
 DISTRICT COURT OF MOORE COUNTY;

NO. 3739H; HON. RON ENNS, PRESIDING

_______________________________

Order on Notice to Withdraw Notice of Appeal

________________________________

Before QUINN, REAVIS and JOHNSON, JJ.

Before this court pends the motion by J.Y. Jr. (J.T.) McAdams (McAdams) to withdraw his notice of appeal, which notice was filed on July 11, 2001.  He so moved because he believed the notice was premature, but expressly reserves the opportunity to file another notice within the time permitted by law.
(footnote: 1)   Construing the notice as a motion to dismiss without prejudice, we grant same.  Accordingly, it is ordered that the appeal be dismissed without prejudice to anyone filing a later, timely notice of appeal.  Having dismissed the appeal at the personal request of McAdams, no motion for rehearing will be entertained, and mandate shall issue forthwith. 

 

                                          Per Curiam. 

Do not publish. 

FOOTNOTES
1:
See 
Tex. R. App. Proc
.
 27.1(a) (stating that a prematurely filed notice of appeal is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal).